# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC DEON SPEARS

NO. 2020 KW 0440

JULY 06, 2020

---

In Re:    Cedric Deon Spears, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-01351.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court denied relator's petition for a writ of habeas corpus on June 12, 2020.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT